IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES ANTHONY MORRIS,

              Plaintiff,

    vs.

DR. CLAUD MITCHELL, DR.
DOUGLAS C. PETERSON, DR. M.
PENNER, DR. VONG, JANE DOE,
sued in their individual
capacities, and CHERYL
PLILER, LINDA L. RIANDA, and
RICK MANUEL, sued in their
individual and official
capacities,

              Defendants.

Case No. CV-S-02-2489 (JKS)

O R D E R

This case has languished on the Court's docket for some time. The Court sent out a scheduling and planning order outlining relevant deadlines for discovery and related matters in this case. Those dates, including the deadline for dispositive motions, have run. In response to the dispositive motions deadline, Plaintiff James Morris has filed a motion styled as a "Dispositive Motion Pursuant to Fed. R. Civ. P. 72(a)." Docket No. 61. Additionally, the State has filed a request to have the dispositive motions deadline extended because Morris had failed to provide the State with his final witness list and his preliminary statement of issues by the dates outlined in the scheduling and planning order; a

1

failure that Defendants allege prejudiced their ability to file a dispositive motion.  Docket No. 60.  While it appears that Morris's dispositive motion, as well as his final witness list and preliminary statement of issues, were filed after the relevant deadlines, it is clear that they have been filed now and that the State has had adequate time to consider them in evaluating whether they present the opportunity to file an appropriate motion for summary adjudication.

Because the Court wishes to be certain that the issues in this case are not appropriate for summary adjudication before it puts the parties to the time and expense of a trial, the Court will grant the State's motion and extend the deadline for filing dispositive motions.  If the State wishes to file a motion for summary judgment, it is directed to do so **on or before Friday, July 15, 2005.**  In addition, the State should include any arguments it wishes to make in opposition to Morris's dispositive motion at Docket No. 61 with any dispositive motion it files.  Should Morris wish to file an opposition to any motion filed by the State, he is directed to do so **on or before Friday, August 12, 2005.**  The State's reply, if any, will be due **on or before Wednesday, August 24, 2005.**

As the Court's prior orders have established, there is only one remaining issue in this case—Morris's claim of deliberate indifference in violation of the Eighth Amendment to the United States Constitution.  Given that the issues in this case are so limited, the parties should work diligently to meet the above deadlines.  Extensions of time will be granted only in cases of exigent circumstances.

ORDER
C:\Documents and Settings\MKrueger\Local
Settings\Temp\notes4BF954\S-02-2489.008.wpd

**IT IS SO ORDERED.**


Dated at Anchorage, Alaska, this 17th day of June 2005.


_____ /s/ James K.
Singleton, Jr.
                          **JAMES K. SINGLETON, JR.**
                     United States District Judge

ORDER
C:\Documents and Settings\MKrueger\Local
Settings\Temp\notes4BF954\S-02-2489.008.wpd