|  |  |
|---|---|
| UNITED STATES DISTRICT COURT | **FILED** |
|  | April 26, 2006 |
| EASTERN DISTRICT OF CALIFORNIA | CLERK, US DISTRICT COURT |
|  | EASTERN DISTRICT OF CALIFORNIA |
|  | DEPUTY CLERK |

**JUDGMENT IN A CIVIL CASE**

James Anthony Morris

                 v.         CASE NUMBER: 2:02cv2489 JKS (PC)

Claude Mitchell et al

**XX** -- **Decision by the Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED FOR DEFENDANTS M. PENNER, LINDA RIANDA and RICK MANUEL IN ACCORDANCE WITH THE COURT'S ORDER OF 4/26/06.**

                                                        Jack L. Wagner,
                                                        Clerk of the Court

ENTERED:   April 26, 2006

                                                        by:   /s/ Jeremy J. Donati
                                                        Jeremy J. Donati, Deputy Clerk